**LOGS LEGAL GROUP LLP**
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253
LLG No. 26-131811

Honorable Judge Mary Jo Heston
Chapter: 7
Hearing Date: October 5, 2026
Hearing Time: 01:00PM
Hearing Location: Vancouver ZoomGov.
Response Deadline: September 28, 2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re:<br><br>Hailey Nichole Watson<br><br>Debtor(s) | Case No. 26-42158-MJH<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |

PLEASE TAKE NOTICE THAT Toyota Lease Trust will bring before the above Court, located at **Federal Building, 500 West 12th Street, 2nd Floor, Vancouver, WA 98660**, a motion for relief from the automatic stay pursuant to 11 U.S.C. § 362 regarding the subject personal property described as 2023 Mazda CX-5, VIN: JM3KFBCM1P0222355.

THE HEARING IS SET AS FOLLOWS:

Judge: Honorable Mary Jo Heston
Place: Vancouver ZoomGov.
Date: October 5, 2026
Time: 01:00PM

**ZOOMGOV ACCESS INFORMATION**
**Join ZoomGov Meeting:**
https://www.zoomgov.com/j/1606692441?pwd=ZkVCbVEyTzZBRWovRlI0ODZRUUFjQT09
Meeting ID: 160 669 2441
Passcode: 827542
**One tap mobile**
+16692545252,,1606692441# US (San Jose)
+16692161590,,1606692441# US (San Jose)

**Dial by your location**

- +1 669 254 5252 US (San Jose)
- +1 669 216 1590 US (San Jose)
- +1 415 449 4000 US (US Spanish Line)
- +1 551 285 1373 US (New Jersey)
- +1 646 828 7666 US (New York)
- +1 646 964 1167 US (US Spanish Line)

Meeting ID: 160 669 2441
Find your local number: https://www.zoomgov.com/u/abGXEPYqMS

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers, and deliver copies to the undersigned NOT LATER THAN the RESPONSE DATE, which is September 28, 2026.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

Questions or Concerns about this motion should first be directed to your attorney as the moving party's attorney's ability to assist you may be limited by the rules of professional conduct.

DATED September 4, 2026.

/s/ Cara J. Richter
Cara J. Richter, #47723
LOGS Legal Group LLP
Attorneys for Creditor
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683