**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re:<br><br>Hailey Nichole Watson<br><br>Debtor(s) | Case No. 26-42158-MJH<br><br>***PROPOSED*** **ORDER GRANTING RELIEF FROM STAY TO TOYOTA LEASE TRUST** |

This matter came before the Court upon Toyota Lease Trust's Motion for Relief from Stay. It appears for the reasons stated in the motion and the declaration on file with the Court, with respect to the personal property described as 2023 Mazda CX-5, VIN: M3KFBCM1P0222355.

That pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Toyota Lease Trust so that it may it enforce its state law remedies under the Contract against the Vehicle.

That relief shall be effective immediately notwithstanding the provisions of FRBP 4001(a)(4).

///

///



LOGS LEGAL GROUP LLP
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

That the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

/ / / End of Order / / /

Presented By:

By: ______________________________

Eric Marshack, #41580
Cara J. Richter, #47723
LOGS Legal Group LLP
Attorneys for Creditor
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683



LOGS LEGAL GROUP LLP
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253