**LOGS LEGAL GROUP LLP**
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253
LLG No. 26-131811

Honorable Judge Mary Jo Heston
Chapter: 7
Hearing Date: October 5, 2026
Hearing Time: 01:00PM
Hearing Location: Vancouver ZoomGov.
Response Deadline: September 28, 2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re:<br><br>Hailey Nichole Watson<br><br>Debtor(s) | Case No. 26-42158-MJH<br><br>**CERTIFICATE OF MAILING** |

I hereby certify under penalty of perjury under the laws of the State of Washington that I caused to be mailed a true and correct copy of the Motion for Relief from Automatic Stay, Notice of Motion for Relief from Automatic Stay, Declaration in Support of Motion for Relief from Stay, and Proposed Order Granting Relief from Stay to the parties listed below.

DATED September 4, 2026.

Hailey Nichole Watson
951 56th St.
Washougal, WA 98671

**VIA ECF ONLY:**

Robert C. Russell
Robert C Russell PC
1010 Esther Street
Vancouver, WA 98660

Russell D. Garrett
Russell Garrett, Trustee
PO Box 1965
Portland, OR 97035

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101

/s/ Cara J. Richter
Eric Marshack, 41580
Cara J. Richter, #47723
Attorneys for Creditor
LOGS Legal Group LLP
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683



*LOGS LEGAL GROUP LLP*
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone (360) 260-2253 (800)970-5647